# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0444
_____

KADARIUS QUAYSHAWN
JACKSON,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and GEANEVA AYESHA
GRAHAM,

    Appellees.

_____


On appeal from the Department of Revenue Child Support
Program.
Ann Coffin, Director.

October 30, 2025


Per Curiam.

    Affirmed.

Ray, Winokur, and M.K. Thomas, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Kadarius Quayshawn Jackson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee Department of Revenue Child Support Program.